| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

**UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA**

NATHANIEL JAMES DAVIS, JR.,

        Plaintiff,

 v.

STATE OF WASHINGTON, et al.,

        Defendants.

NO. C10-5185 RJB/KLS

ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE TO SUBMIT 6-MONTH TRUST FUND ACCOUNT STATEMENT

Before the Court is Plaintiff's motion for an extension of time to submit a certified copy of his trust fund account statement for the six months immediately preceding the filing of his complaint. Dkt. 4. Plaintiff filed his Motion for Leave to Proceed In Forma Pauperis on March 16, 2010. Dkt. 1. The Court Clerk sent a letter to Mr. Davis on March 17, 2010 advising him that he must provide certified copies of his prison trust account statement showing transactions for the past six months. Dkt. 2. In his motion for an extension, Plaintiff has set forth his efforts in attempting to obtain these statements. Dkt. 4. Included in his motion is a response to inmate kite dated April 12, 2010, advising Mr. Davis that the TAS Account Statements given to him for the last 6 months are "legitimate certifiable copies." Dkt. 4-2, p. 2.

ORDER                                                                                                                                                                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

      Mr. Davis is directed to provide the court with the account statements given to him by the Department of Corrections. Pursuant to 28 U.S.C. § 1915(a)(2), the "institutional equivalent" of a certified copy of the trust fund account statement is sufficient.

      Accordingly, it is **ORDERED:**

(1)    Plaintiff's motion for an extension of time (Dkt. 4) is **GRANTED.**

(2)    Plaintiff shall submit the TAS account statements for the last six months on or before **May 14, 2010.**

(3)    The Court Clerk shall re-note the deadline for submission of the foregoing for **May 14, 2010**.

(4)    The Clerk is directed to send copies of this order to Petitioner.

**DATED** this <u>19th</u> day of April, 2010.

                                                */s/ Karen L. Strombom*
                                                Karen L. Strombom
                                                United States Magistrate Judge