# United States District Court

WESTERN DISTRICT OF WASHINGTON

NATHANIEL JAMES DAVIS, JR.,

    v.

SCOTT ALEX SPEER

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5185RJB/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>XX</u> **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **ADOPTS** the Report and Recommendation (Dkt. 24).

Defendant Speer's motion to dismiss (Dkt. 20) is **GRANTED** and all claims against him are **Dismissed With Prejudice.**

Plaintiff's Motion for Leave to File an Amended Complaint (Dkt. 25) is **DENIED**.

December 13, 2010

WILLIAM M. McCOOL
Clerk

*s/CM Gonzalez*
Deputy Clerk